**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DONNY RICHARDSON AND
MYRA RICHARDSON** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 1:08-CV-00104-SA-JAD**

**GENERAL MOTORS CORPORATION, a foreign
corporation, and XYZ CORPORATIONS**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment is GRANTED;

(2) the Plaintiffs' claims are dismissed; and

(3) this case is CLOSED.

SO ORDERED, this the 21st day of May, 2009.

                                          **s/ Sharion Aycock**
                                          **UNITED STATES DISTRICT JUDGE**